## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HEIDI MILLER SEGELKE, Personal Representative of the Estate of GARY DEAN SEGELKE, Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **8:06CV364** |
| vs. | ) ) | **ORDER** |
| **QUICK CARE MEDICAL SERVICES, INC., A Nebraska Corporation,** | ) ) ) | |
| **Defendant.** | ) | |

    This matter is before the court on defendant's request for place of trial in North Platte, Nebraska [8]. The parties' Planning Report [11] indicates that plaintiff does not contest this request. Upon review of defense counsel's supporting affidavit, the court finds that transfer of venue to North Platte is appropriate and the motion should be granted.

    **IT IS ORDERED** that defendant's request for place of trial in North Platte, Nebraska [8] is granted. This matter will be progressed as a jury case on the North Platte docket.

    **DATED June 26, 2006.**

                          **BY THE COURT:**

                            **s/ F.A. Gossett**
                            **United States Magistrate Judge**