Case: 8:06-cv-00364-LSC-FG3   Document #: 10   Date Filed: 05/2006   Page 3 of 7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| HEIDI MILLER SEGELKE, et al. | ) | |
|---|---|---|
| Plaintiff | ) | Case Number: 8:06 CV 364 |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| QUICK CARE MEDICAL SERVICES | ) | AND |
| Defendant | ) | ORDER OF REFERENCE |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiff | 3/12/07 |
| [signature] #19102 | For Defendant | 3/12/07 |
| | For | |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

3/19/07
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.