IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEIDI MILLER SEGELKE, Personal Representative of the Estate of GARY DEAN SEGELKE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>QUICK CARE MEDICAL SERVICES INC., A Nebraska Corporation,<br><br>Defendant. | Case No. 8:06CV364<br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by E. Terry Sibbernsen, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 25, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned Magistrate Judge at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The jury trial set to begin on April 7, 2008, is cancelled upon the representation that this case is settled.

Dated this 26th day of March 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge