# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HEIDI MILLER SEGELKE,** Personal Representative of the Estate of **GARY DEAN SEGELKE,** Deceased, )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**QUICK CARE MEDICAL SERVICES, INC.,** A Nebraska Corporation, )<br>)<br>**Defendant.** ) | **8:06CV364**<br><br>**ORDER OF DISMISSAL** |

Upon receipt of the parties' Stipulation of Dismissal with Prejudice [55], filed on this date, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED** that the above-styled case is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs and complete records waived.

**DATED June 17, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**